IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LELAND T. TAYLOR,

        Plaintiff,

v.   No. 1:20-cv-00501-KK

DAN ROBLES, et al.
ROBLES & ANAYA, P.C.

        Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** comes before the Court on Plaintiff's Complaint and Request for Injunction, Doc. 1, filed May 26, 2020.

Plaintiff has not paid the $400.00 fee[1] for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Plaintiff shall have twenty-one (21) days from entry of this Order to either pay the $400.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to timely pay the fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may result in dismissal of this case without prejudice. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 1:20-cv-00501-KK) of this case.

**IT IS ORDERED** that, within twenty-one (21) days of entry of this Order, Plaintiff shall either pay the $400.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $50.00 administrative fee.

**IT IS ALSO ORDERED** that the Clerk shall mail to Plaintiff, together with a copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**