IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LELAND T. TAYLOR,

      Plaintiff,

v.                                                                        No. 1:20-cv-00501-RB-KK

DAN ROBLES, et al.
ROBLES & ANAYA, P.C.

      Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff's failure to respond to the Court's Order to Show Cause, filed May 27, 2020 (Doc. 3), and Order to Cure Deficiency, filed May 28, 2020 (Doc. 6).

The only factual allegations in the Plaintiff's Complaint are:

> In my civil rights violation action (CV-20-00267) against Michell Lujan Grisham as an individual, defendant entered a response to the suit in violation of state law, the anti-donation clause of the NM Constitution, This action gave an unfair advantage to the defendant over my actions in the case. It would be nice for the state to provide free legal services to any citizen. Their representing the defendant seriously damaged my case and caused irreparable harm to me and other citizens that may benefit from this action.

(Doc. 1 at 4.)

The Court notified Plaintiff that this case should be dismissed for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted, granted Plaintiff leave to file an amended complaint, ordered Plaintiff to show cause why this case should not be dismissed for lack of subject-matter jurisdiction and for failure to state a claim, and notified Plaintiff that failure to timely show cause or file an amended complaint may result in dismissal of

this case. (*See* Doc. 3 at 2–3.) Plaintiff did not show cause or file an amended complaint by the June 17, 2020, deadline.

The Court also ordered Plaintiff to either pay the filing fee or file an application to proceed *in forma pauperis* and notified Plaintiff that failure to timely pay the filing fee or file an application to proceed *in forma pauperis* may result in dismissal of this case. (*See* Doc. 6 at 1.) Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis* by the June 18, 2020 deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE